COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-04-268-
CV

IN RE ROGER DALE MEDFORD RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus and motion for temporary relief 
and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus and motion for temporary relief are denied.

PER CURIAM

PANEL A
: CAYCE, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  September 8, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.